# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ELLEN J. CHRISTIANSEN and  
DENNIS A. CHRISTIANSEN,

    Plaintiffs,

vs.

CONSENSUS ORTHOPEDICS, INC., *et al.*,

    Defendants.

Case No. 2:13-cv-01320-APG-GWF

**ORDER**

  This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated July 25, 2013, required the parties to file a Joint Status Report regarding removed action no later than August 27, 2013. To date the parties have not complied. Accordingly,

  **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **September 16, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3       DATED this 5th day of September, 2013.

                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge