# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN J. CHRISTIANSEN and<br>DENNIS A. CHRISTIANSEN,<br><br>                     Plaintiffs,<br><br>vs.<br><br>CONSENSUS ORTHOPEDICS, INC., *et al.*,<br><br>                     Defendants. | Case No. 2:13-cv-01320-APG-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated July 25, 2013, required the parties to file a Joint Status Report regarding removed action no later than August 27, 2013. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **September 16, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

. . .

Case 2:13-cv-01320-APG-GWF   Document 13   Filed 09/05/13   Page 2 of 2

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3       DATED this 5th day of September, 2013.

                                          _____
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge