James A. Kohl, Esq.
NV Bar No. 5692
Jason P. Weiland, Esq.
NV Bar No. 12127
**Howard & Howard Attorneys, PLLC**
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
(702) 257-1483
jak@h2law.com
jw@h2law.com
*Attorneys for Defendant Consensus Orthopedics,*
*Inc. f/k/a Hayes Medical, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN J. CHRISTIANSEN, and DENNIS A. CHRISTIANSEN, individually and as husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> CONSENSUS ORTHOPEDICS, INC. f/k/a HAYES MEDICAL, INC., a California Corporation; STEVE GAGE, CONSENSUS ORTHOPEDIC SALES REPRESENTATIVE, a Nevada Resident; ROE DESIGNERS 1-10; ROE MANUFACTURERS 1-10; ROE MARKETERS 1-10; ROE DISTRIBUTORS 1-10; DOE INDIVIDUALS 1-10, AND ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants | Case No.: 2:13-cv-01320-APG-GWF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants, CONSENSUS ORTHOPEDICS, INC. f/k/a HAYES MEDICAL, INC. (hereinafter, "Consensus") and STEVE GAGE, an individual, (hereinafter "Gage") through their counsel, **Howard & Howard Attorneys PLLC**, and Plaintiffs, ELLEN J. CHRISTIANSEN and DENNIS A. CHRISTIANSEN (collectively hereinafter, "Plaintiffs"), through their counsel, **The Cottle Firm**, hereby stipulate and agree as set forth below:

2445233

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above entitled action be dismissed with prejudice, each party to bear their own costs and attorney's fees

Dated this 30 day of September, 2014          Dated this 30 day of September, 2014

**Howard & Howard**                             **The Cottle Firm**
**Attorneys, PLLC**


By:_____               By:_____
James A. Kohl, Esq                          Robert W. Cottle, Esq.
Nevada State Bar No. 5692                    Nevada Bar No.
3800 Howard Hughes Pkwy.                     Jake R. Spencer
Suite 1000                                   Nevada Bar No. 12282
Las Vegas, NV 89169                          8635 South Eastern Avenue
Attorneys for Defendants                     Las Vegas, NV  89123
                                             Attorneys for Plaintiff

## ORDER

Based on the parties' stipulation [#46], and good cause appearing,

IT IS HEREBY ORDERED THAT this action is DISMISSED, with prejudice, each side to bear its own fees and costs.

Dated:  October 2, 2014.


_____
United States District Judge

Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483

2445233